JOSEPH FELDMAN, APPELLANT, v. WILLIAM H. HALPIN, RESPONDENT.

Submitted December 5, 1921—Decided February 9, 1922.

On appeal from the Supreme Court, whose opinion is reported in 96 *N. J. L.* 75.

For the appellant, *Isador Haber.*

For the respondent, *Charles William Kappas.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Minturn in the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, BERGEN, BLACK, KATZENBACH, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.    9.

*For reversal*—SWAYZE, PARKER, JJ.    2.